UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                CASE NO. 8:00-CR-72-T-TGW

NELLY RUIZ

_____/

**ORDER**

This cause comes before the Court on violations of supervised release. Defendant Ruiz was sentenced on September 29, 2000 for the offense of Conspiracy to Possess with Intent to Distribute Heroin. She received a sentence of thirty seven (37) months in the Bureau of Prisons, followed by thirty six (36) months of supervised release with the following special conditions: (1) participation in a drug treatment program, which may include testing for the detection of substance use or abuse; and (2) mental health treatment.

On May 19, 2005, the probation officer filed a petition with the Court stating that Defendant Ruiz had violated her supervised release by: (1) testing positive for cocaine on September 28, 2004, February 23, 2005, and May 3, 2005, and (2) testing positive for marijuana on March 22, 2005, March 31, 2005, and April 19, 2005.

On June 2, 2005, the Court conducted a final revocation hearing. At that hearing, Defendant Ruiz admitted to committing the following violations: (1) testing positive for cocaine on September 28, 2004 and February 23, 2005; and (2) testing positive for marijuana on March 22, 2005 and March 31, 2005.

The Court finds that Defendant Ruiz violated the conditions of her supervised release. It is, therefore, **ORDERED AND ADJUDGED** that Defendant Ruiz's supervised release is **REVOKED**. She is remanded to the custody of the Marshal, and she is sentenced to a term of **FIVE MONTHS** in the Bureau of Prisons. In imposing the sentence, the Court has considered the factors set forth in 18 U.S.C. § 3553(a) and the advisory guidelines.

**DONE AND ORDERED** at Tampa, Florida this 2nd day of June, 2005.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Kelley Howard, AUSA
Dionja L. Dyer, AFPD
U.S. Marshal Service
U.S. Probation Office